IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CARL ERSKINE QUARLES, JR.**                                               **PLAINTIFF**

v.                            Case No. 5:13-cv-00283-KGB-HDY

**RAY HOBBS, Director of the**
**Arkansas Department of Correction**                                 **DEFENDANT**

## ORDER

The Court has received findings and recommendation from Magistrate Judge H. David Young (Dkt. No. 11) and plaintiff's objections thereto (Dkt. No. 12). After a careful review of the findings and recommendation, the timely objections received thereto, and a *de novo* review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed by petitioner Carl Erskine Quarles, Jr., is dismissed. In accordance with Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is denied.

SO ORDERED this 18th day of July, 2014.

_____
Kristine G. Baker
United States District Judge