IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CARL ERSKINE QUARLES, JR.**                                                                  **PLAINTIFF**

v.                            Case No. 5:13-cv-00283-KGB-HDY

**RAY HOBBS, Director of the**
**Arkansas Department of Correction**                                                 **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case. In accordance with Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is denied.

DATED this 18th day of July, 2014.

_____
Kristine G. Baker
United States District Judge